**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

VIA FACSIMILE

Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. JAMES STANFORD
          08 Cr. 680 (LBS)

Dear Judge Sand:

    A grand jury sitting in this district returned an Indictment in the above-captioned case and the case was assigned to Your Honor. A copy of the Indictment is enclosed. I spoke with your Deputy and was informed that the parties should appear for the arraignment in magistrate court this week. We scheduled an initial pre-trial conference in front of Your honor for August 7th at 11:30 am. Accordingly, the Government respectfully requests that the time between today and August 7, 2008, the date of the next pre-trial conference, be excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the Government to begin gathering the discovery in the case.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

             By: _____
                Arianna R. Berg
                Assistant United States Attorney
                (212) 637-2551

*[Signed: Sand, So Ordered 7/30/08]*

cc: J. Stuart Moore, Esq.

Enclosure

MEMO ENDORSED