```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :
                                 :
JAMES STANFORD,                  :     ORDER
   a/k/a "Jim,"                  :
                                 :     08 Cr. 680 (LBS)
                 Defendant.      :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08

Upon the application of the United States of America, by and through Assistant United States Attorney Arianna Berg, and with the consent of the defendants, by and through their counsel J. Stewart Moore, Esq., it is hereby ORDERED that the time between August 14, 2008 and September 25, 2008, the date of the next pre-trial conference, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the Government to produce discovery and for the defendants to review the discovery.

Dated: New York, New York
       August 14, 2008

_____
UNITED STATES DISTRICT JUDGE