```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08
```

RECEIVED
SEP - 3 2008
CHAMBERS
LEONARD B. S...

**LAW OFFICES
OF
J. STEWART MOORE, P.C.
320 CARLETON AVENUE SUITE 3300
CENTRAL ISLIP, NEW YORK 11722**

MEMO ENDORSED

TELEPHONE: (631) 234-3111
FACSIMILE: (631) 234-3341

September 3, 2008

**VIA FACSIMILE**
Honorable Leonard B. Sand
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

Re:     **United States v. James Stanford**
Case No.:  08 Cr. ~~293~~ (LAK)
              680 (LBS)

Honorable Sand:

Today, September 3, 2008, this office was to notify Your Honor of our intention to file motions, if any, to the government's production of discovery; however we received the responses to our discovery requests from the government today. Please allow this letter to serve as a request for an extension of time to review the discovery provided by the government.

AUSA Arlo Devlin Brown, who is handling AUSA Arianna Berg's matters while she is on vacation, has consented to extend the time to notify the Court of our intention to file any motions until September 17, 2008. If it pleases the Court, the undersigned respectfully requests that Your Honor grant an extension until that time.

Very truly yours,

J. Stewart Moore

To:     **VIA FACSIMILE (212) 637-0412**
        AUSA Arianna Berg c/o AUSA Arlo Devlin Brown

Extension to 9/17/08
granted
So ordered
9/5/08  /s/ Sand USDJ

**MEMO ENDORSED**